REQUEST FOR COURT ACTION / DIRECTION

| | | |
|---|---|---|
| TO: | JIM MOLINELLI<br>Docket Clerk | OFFENSE: POSSESS WITH INTENT TO DISTRIBUTE COCAINE (21 USC 841(a)(1), (B)(1)(C) & 19 USC 2); POSSESS WITH INTENT TO DISTRIBUTE HEROIN (21 USC 841 (a)(1),(b)(1)(C) & 18 USC 2). |
| | | ORIGINAL SENTENCE: EIGHTY-SEVEN (87) MONTHS IMPRISONMENT; THREE (3) YEARS SUPERVISED RELEASE TERM. |
| FROM: | YVONNE RIVERA<br>U.S. Probation Officer | SPEC. CONDITIONS: |
| | | AUSA: TO BE ASSIGNED |
| RE: | WHITE, ALBERT A.<br>Docket # 4:98-CR-0036-01 | **07CRIM. 491** |

DATE OF SENTENCE:

DATE:   May 24, 2007

ATTACHMENTS:   PSI____   JUDGMENT _X_   PREVIOUS REPORTS____
                VIOLATION   PETITION

REQUEST FOR:   WARRANT____   SUMMON____   COURT DIRECTION____

---

### TRANSFER OF JURISDICTION

Mr. White was sentenced by the Honorable Henry Coke Morgan, Jr., U.S. District Judge, for the Eastern District of Virginia, to the above referenced offense.

On May 14, 2007, we received a letter from the Eastern District of Virginia, advising that the Honorable Henry Coke Morgan, Jr., had signed the Transfer of Jurisdiction Probation Form 22, ordering Mr. White's transfer to the Southern District of New York. At this time we are requesting that this case be assigned to a Judge in the Southern District of New York for acceptance of transfer of jurisdiction.

Enclosed are two (2) original forms of the Transfer of Jurisdiction Probation Form 22, which are required for both districts to complete the transfer.

WHITE, ALBERT A.                                                                                              23869/YR

- 2 -

Your assistance in this matter is greatly appreciated. Should you have any questions or concerns, please contact the undersigned officer.

                                        Respectfully submitted,

                                        Chris J. Stanton
                                        Chief U.S. Probation Officer

By: _____
                                        YVONNE RIVERA
                                        U.S. Probation Officer
                                        212-805-5192

Approved By: _Muriel George_  _5/24/07_
               SUSPO                        Date: